UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEON YOUNG PARK,

                Plaintiff,

-against-

MGM YONKERS, INC., et al.,

                Defendants.

**ORDER**

23-CV-08831 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Discovery in this matter ended on February 24, 2025. (Doc. 37). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on March 26, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on March 26, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to May 9, 2025 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by May 9, 2025.

    The case management conference scheduled for April 17, 2025 is adjourned *sine die*.

SO ORDERED:

Dated: White Plains, New York
       April 8, 2025

_____
Hon. Philip M. Halpern
United States District Judge