# DELL&DEAN, PLLC
ATTORNEYS AT LAW

> Application denied as moot in light of the filing of pretrial materials. The parties shall, however, meet and confer and file a single joint verdict sheet and joint proposed jury charges by June 27, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 27, 2025

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

Re: *Sean YoungPark v. MGM Yonkers, Inc.,* 7:23-CV-08831 (PMH)

Dear Judge Halpern:

    We write as counsel for the Plaintiff in the above referenced matter, a personal injury action wherein plaintiff claims to have sustained serious injuries when she slipped and fell in the ladies restroom of Empire City Casino in Yonkers. Defendant's counsel joins in this request.

    The purpose of this letter is to request a brief thirty (30) day extension of time for the parties to submit a joint pre-trial order and associated materials required by Your Honor's Rules 6(A) and (B). Specifically, the parties are requesting the extension of time, as the parties have consented to, and submitted the case to private mediation before Joseph L. Ehrlich, Esq. at NAM. The parties anticipate the mediation will be held in late June and are awaiting formal confirmation from NAM. Defense counsel does not object to this request.

    Pursuant to the Court's prior scheduling order, dated November 18, 2024, the parties completed certain discovery, including document discovery, plaintiffs deposition and expert discovery. Most recently Plaintiff has conducted two (2) party depositions in accordance with the Court's April 10, 2025 order.

    We thank Your Honor for your consideration of this request.

Respectfully submitted,

Dell & Dean, PLLC

*Justin S. Curtis, Esq.*

cc: All Parties Via ECF