UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEON YOUNG PARK,

        Plaintiff,

-against-

MGM YONKERS, INC., et al.,

        Defendants.

**ORDER**

23-CV-08831 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A pretrial conference has been scheduled for August 28, 2025 at 2:30 p.m. to be held at the White Plains courthouse.

    The parties are directed to meet and confer and file a joint letter, by July 25, 2025, advising whether they consent to entry of an order referring this matter to the Court-annexed mediation program specifically tailored to personal injury cases.

SO ORDERED:

Dated: White Plains, New York
       July 18, 2025

_____
Hon. Philip M. Halpern
United States District Judge